# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00287-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BARTHOLOMEW XAVIER FORD,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about August 6, 2021, in the State and District of Colorado, the defendant, BARTHOLOMEW XAVIER FORD, did steal, take, and abstract from and out of a post office, mail receptacle, and other authorized depository for mail matter, located at 10799 West Alameda Avenue in Lakewood, Colorado, letters, packages, and mail addressed to S.S. in Lakewood, Colorado; G.V.D. in Lakewood, Colorado; M.Q. in Denver, Colorado; D.H. in Denver, Colorado; C.C. in Lakewood, Colorado; D.M. in Lakewood, Colorado; M.F. in Lakewood, Colorado; J.L. in Lakewood, Colorado; C.N.W. in Lakewood, Colorado; S.S. in Lakewood, Colorado; and I.C.G. in Lakewood, Colorado, and did unlawfully have in his possession letters, packages, and mail addressed to the same, which had been stolen, taken, and abstracted from a post office, mail receptacle, and other authorized depository for mail matter, knowing said letters, packages, and mail to have been stolen, taken, and abstracted.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 2

On or about August 6, 2021, in the State and District of Colorado, the defendant, BARTHOLOMEW XAVIER FORD, willfully and maliciously did injure, tear down, destroy, and break open a letter box and receptacle, located at 10799 West Alameda Avenue in Lakewood, Colorado, which was intended and used for the receipt and delivery of mail matter on a mail route of the United States Postal Service.

All in violation of Title 18, United States Code, Section 1705.

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Jena R. Neuscheler*
Jena R. Neuscheler
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0405
E-mail: Jena.Neuscheler@usdoj.gov
Attorney for Government