IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00287-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BARTHOLOMEW XAVIER FORD,**

       **Defendant.**

## MOTION FOR LEAVE TO RESTRICT ACCESS

       Mr. Bartholomew Xavier Ford, Defendant, by and through undersigned counsel, Stephanie Snyder, respectfully requests that Docket Nos. 53 and 54 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Stephanie Snyder*
       STEPHANIE SNYDER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Stephanie_Snyder@fd.org
       Attorney for Mr. Ford

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Thomas Minser, Assistant United States Attorney
    Email: thomas.minser@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Bartholomew Xavier Ford    (via electronic mail)

    s/ *Stephanie Snyder*
    STEPHANIE SNYDER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Mr. Ford